## STATE NATIONAL INSURANCE COMPANY, Plaintiff–Appellee

v.

## CUMMINS MID–SOUTH, L.L.C., Defendant–Appellee

**Romeo Papa, L.L.C., Defendant–Appellant.**

No. 13–30303.

United States Court of Appeals, Fifth Circuit.

Dec. 9, 2013.

Sidney Daniel Meeks, Laurence Richard Debuys, IV, Meeks & Associates, L.L.C., Metairie, LA, Shannon Suggs Sale, McGlinchey Stafford, P.L.L.C., New Orleans, LA, for Plaintiff–Appellee.

Lionel Howard Sutton, III, Esq., Sutton & Reitano, New Orleans, LA, Douglas Lee

Harville, Harville Law Firm, L.L.C., Shreveport, LA, for Defendant–Appellee.

Loretta Gallaher Mince, Esq., Fishman, Haygood, Phelps, Walmsley, Willis & Swanson, L.L.C., New Orleans, LA, for Defendant–Appellant.

Before JONES, WIENER and GRAVES, Circuit Judges.

PER CURIAM: *

The court has carefully considered this appeal in light of the briefs, record excerpts, and pertinent parts of the record. Having done so, we find no reversible error of law or fact and AFFIRM essentially for the reasons stated by the district court.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.